UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **Francisco and Encarnacion Franco,** | ) | Bankruptcy No. 17-12565 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 28, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**
Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

**VIA REGULAR MAIL**

| | | |
|---|---|---|
| Francisco & Encarnacion Franco<br>23w110 North Ave<br>Glen Ellyn, IL 60137 | U.S. Bank N.A. dba Elan Financial ServicesBankruptcy Department<br>PO Box 108<br>St. Louis, MO 63166-0108 | Portfolio Recovery Associates, LLC Successor to CITIBANK, N.A. (BEST BUY)<br>POB 41067<br>Norfolk, VA 23541 |
| Bureaus Investment Group Portfolio No 15 LLC<br>c/oPRAReceivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC<br>PO Box 2011, Warren MI 48090 | |

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000