**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FRANCO, FRANCISCO | § | Case No. 17-12565 |
| FRANCO, ENCARNACION | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $483,897.00 | | Assets Exempt: $15,608.00 |
| *(without deducting any secured claims)* | | |
| Total Distributions to Claimants: $5,363.76 | | Claims Discharged Without Payment: $89,281.13 |
| Total Expenses of Administration: $1,486.24 | | |

3) Total gross receipts of $6,850.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,850.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $470,290.61 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,486.24 | $1,486.24 | $1,486.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $63,479.76 | $31,165.13 | $31,165.13 | $5,363.76 |
| **TOTAL DISBURSEMENTS** | $533,770.37 | $32,651.37 | $32,651.37 | $6,850.00 |

4) This case was originally filed under chapter 7 on 04/21/2017.  The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    02/20/2018

By: /s/ David R. Brown

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Hacienda Don Villa Buisness has bank account with PNC $28,000 as of filing date. Used Appliances, Tables and Chairs - De | 1129-000 | $6,850.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,850.00** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Bank of America | 4110-000 | $82,201.76 | NA | NA | NA |
| N/F | Green Tree | 4110-000 | $383,088.85 | NA | NA | NA |
| N/F | TCF Bank | 4110-000 | $5,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$470,290.61** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David R. Brown | 2100-000 | NA | $1,435.00 | $1,435.00 | $1,435.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $51.24 | $51.24 | $51.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,486.24** | **$1,486.24** | **$1,486.24** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bureaus Investment Group Portfolio No 15 LLCc/o PRA Receivables Management, LLC | 7100-000 | NA | $8,851.37 | $8,851.37 | $1,523.39 |
| 2 | U.S. Bank N.A. dba Elan Financial ServicesBankruptcy Department | 7100-000 | NA | $6,637.58 | $6,637.58 | $1,142.38 |
| 3 | U.S. Bank N.A. dba Elan Financial ServicesBankruptcy Department | 7100-000 | NA | $8,706.16 | $8,706.16 | $1,498.40 |
| 4 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC | 7100-000 | NA | $3,019.08 | $3,019.08 | $519.61 |
| 5 | Portfolio Recovery Associates, LLC Successor to CITIBANK, N.A. (BEST BUY) | 7100-000 | NA | $3,950.94 | $3,950.94 | $679.98 |
| N/F | Aramark | 7100-000 | $201.74 | NA | NA | NA |
| N/F | Associate Pathologists | 7100-000 | $77.40 | NA | NA | NA |
| N/F | Best Buy Credit Services | 7100-000 | $3,950.94 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $8,851.37 | NA | NA | NA |
| N/F | Card Services | 7100-000 | $1,728.57 | NA | NA | NA |
| N/F | Card member Service | 7100-000 | $20,741.90 | NA | NA | NA |
| N/F | Chase | 7100-000 | $6,022.18 | NA | NA | NA |
| N/F | First Bank | 7100-000 | $8,103.32 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | First Bank | 7100-000 | $10,093.09 | NA | NA | NA |
| N/F | SYNCHRONY Bank | 7100-000 | $3,019.08 | NA | NA | NA |
| N/F | Vein Clinics of America | 7100-000 | $690.17 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$63,479.76** | **$31,165.13** | **$31,165.13** | **$5,363.76** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 17-12565

**Case Name:** FRANCO, FRANCISCO
FRANCO, ENCARNACION

**For Period Ending:** 02/20/2018

**Trustee Name:** (330580) David R. Brown

**Date Filed (f) or Converted (c):** 04/21/2017 (f)

**§ 341(a) Meeting Date:** 06/06/2017

**Claims Bar Date:** 09/20/2017

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 23W110 North Ave., Glen Ellyn, IL 60137-0000, DuPage County Single-family home, Value Per 4/10/17 Zillow Search. Entire property value: $477,297.00 | 477,297.00 | 0.00 | | 0.00 | FA |
| 2 | 2012 Dodge Avenger, 116,886 miles | 4,000.00 | 0.00 | | 0.00 | FA |
| 3 | Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Checking: TCF Bank | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Hacienda Don Villa Buisness has bank account with PNC $28,000 as of filing date. Used Appliances, Tables and Chairs - Debtor bought these used., 50% ownership<br>Debtor owns 1/2 of Hacienda Don Villa restaurant, and some of the money has already gone out to pay for corporate bills. | 10,882.56 | 6,850.00 | | 6,850.00 | FA |
| **6** | **Assets Totals (Excluding unknown values)** | **$494,779.56** | **$6,850.00** | | **$6,850.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee to review claims filed and file any objections thereto and then Final Report will be filed.

**Current Projected Date Of Final Report (TFR):** 11/21/2017 (Actual)     **Initial Projected Date Of Final Report (TFR):** 11/30/2017

**Form 2**

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 17-12565 |
| **Case Name:** | FRANCO, FRANCISCO<br>FRANCO, ENCARNACION |
| **Taxpayer ID #:** | **-***2669 |
| **For Period Ending:** | 02/20/2018 |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9700 Checking |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/19/17 | {6} | Encarnacion Franco | Turnover of bank account | 1129-000 | 6,850.00 | | 6,850.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,840.00 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,830.00 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.80 | 6,819.20 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,809.20 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.44 | 6,798.76 |
| 01/08/18 | 101 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $1,435.00; Claim # FEE; Filed: $1,435.00 | 2100-000 | | 1,435.00 | 5,363.76 |
| 01/08/18 | 102 | Bureaus Investment Group Portfolio No 15 LLC c/o PRA Receivables Management, LLC | Distribution payment - Dividend paid at 17.21% of $8,851.37; Claim # 1; Filed: $8,851.37 | 7100-000 | | 1,523.39 | 3,840.37 |
| 01/08/18 | 103 | U.S. Bank N.A. dba Elan Financial ServicesBankruptcy Department | Distribution payment - Dividend paid at 17.21% of $6,637.58; Claim # 2; Filed: $6,637.58 | 7100-000 | | 1,142.38 | 2,697.99 |
| 01/08/18 | 104 | U.S. Bank N.A. dba Elan Financial ServicesBankruptcy Department | Distribution payment - Dividend paid at 17.21% of $8,706.16; Claim # 3; Filed: $8,706.16 | 7100-000 | | 1,498.40 | 1,199.59 |
| 01/08/18 | 105 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC | Distribution payment - Dividend paid at 17.21% of $3,019.08; Claim # 4; Filed: $3,019.08 | 7100-000 | | 519.61 | 679.98 |
| 01/08/18 | 106 | Portfolio Recovery Associates, LLC Successor to CITIBANK, N.A. (BEST BUY) | Distribution payment - Dividend paid at 17.21% of $3,950.94; Claim # 5; Filed: $3,950.94 | 7100-000 | | 679.98 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 6,850.00 | 6,850.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 6,850.00 | 6,850.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $6,850.00 | $6,850.00 | |

# Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-12565 | |
| **Case Name:** | FRANCO, FRANCISCO | |
| | FRANCO, ENCARNACION | |
| **Taxpayer ID #:** | **-***2669 | |
| **For Period Ending:** | 02/20/2018 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9700 Checking |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9700 Checking | $6,850.00 | $6,850.00 | $0.00 |
| | **$6,850.00** | **$6,850.00** | **$0.00** |